# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLEY O'DONNELL, | No. 1:22-CV-01762 |
| Plaintiff, | |
| v. | (Chief Judge Brann) |
| WENDY NICHOLAS, *et al.*, | (Chief Magistrate Judge Bloom) |
| Defendants. | |

## ORDER

### DECEMBER 11, 2024

Kelley O'Donnell filed a second amended civil rights complaint alleging that several individuals violated her civil rights.[1] In September 2024, O'Donnell submitted a letter to the Court requesting that her case be dismissed.[2] Consequently, on September 25, 2024, Chief Magistrate Judge Daryl F. Bloom issued a Report and Recommendation recommending that this Court dismiss O'Donnell's complaint.[3] O'Donnell has, on three occasions, refused to accept the Report and Recommendation[4] and, accordingly, no timely objections were filed to the Report and Recommendation.

---

[1] Doc. 69.
[2] Doc. 123.
[3] Doc. 124.
[4] Docs. 125, 126, 127.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[5] Regardless of whether objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[6] Upon review of the record, the Court finds no error—clear or otherwise—in Chief Magistrate Judge Bloom's recommendation. Consequently, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Daryl F. Bloom's Report and Recommendation (Doc. 124) is **ADOPTED**;

2. O'Donnell's second amended complaint (Doc. 69) is **DISMISSED**;

3. Defendants' motions to dismiss (Docs. 73, 96) are **DENIED** as moot; and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[5] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.